UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-217 ADM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) | |
| JAMES BROWN, Defendant. | ) | |

The defendant, James Brown, by and through the undersigned counsel, moves for appointment of counsel pursuant to 18 U.S.C. § 3006A. Mr. Brown is eligible to benefit from the November 1, 2007 amendment to the U.S.S.G. Drug Quantity Table, and the Sentencing Commission's December 12, 2007, decision that this Amendment should be applied retroactively. The Federal Defender anticipates filing a motion for resentencing pursuant to 18 U.S.C. § 3582(c)(2) in the near future.

The Criminal Justice Act, codified at 18 U.S.C. § 3006A, provides that counsel shall be appointed whenever a person is charged with a felony, whenever a person is entitled to counsel under the Sixth Amendment, and whenever a person faces the loss of liberty. 18 U.S.C. § 3006A (a)(1). The appointment of counsel is also allowed when it is found to be in the interest of justice. 18 U.S.C. § 3006A (a)(2). The interests of justice call for the assistance of counsel in this case where a change in the law could lead to a reduction in sentence for Mr. Brown.

The defendant is currently incarcerated and is without sufficient funds to retain a lawyer to represent him in this matter. Mr. Brown has requested that the Office of the Federal Defender be appointed to represent him in this proceeding.

Based on the foregoing and on the file and record in this case, we ask to be appointed as counsel of record in this case.

Dated: March 3, 2008

Respectfully submitted,

***s/Douglas Olson***

DOUGLAS OLSON
ANDREW H. MOHRING
Attorneys for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415