UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-217(2) ADM/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| JAMES EDWARD BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, James Edward Brown, has moved, pursuant to 18 U.S.C. § 3582(c), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. It is hereby ORDERED that the motion is GRANTED and his sentence is amended to a term of 151 months.

Date: September 9, 2008

s/Ann D. Montgomery

Judge Ann D. Montgomery
United States District Court
District of Minnesota