UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES EDWARD BROWN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 01-217 (02) (ADM)<br><br>DEFENDANT'S MOTION FOR EXTENSION OF DEADLINE TO FILE NOTICE OF APPEAL |

Mr. Brown, through counsel, moves the Court for an Order extending the deadline for filing a notice of appeal in this case, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure. We ask for the full 30-day extension.

Mr. Brown's motion for resentencing was successful in part. However, the rules that determine his criminal history score have changed for the better in the time since his initial sentence was imposed. The Court resentenced Mr. Brown at his original criminal history category, and not at the current criminal history category.

Counsel's communication with Mr. Brown is complicated because of his ongoing incarceration. We seek an extension in order to allow full communication about the legal issues and the possibility of an appeal.

A proposed order has been submitted to the Court.

Dated: September 15, 2008

Respectfully submitted,

s/Andrew H. Mohring

______________________________

Andrew H. Mohring
Attorney No. 190731
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415