UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

JAMES EDWARD BROWN,

Defendant.

Criminal No. 01-217 (02) (ADM)

**O R D E R**

Based on the motion for an extension of the deadline to file a notice of appeal in this case, IT IS ORDERED that:

The Motion is granted. The deadline for filing a notice of appeal in this case is extended for 30 days, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure.

Dated: September 16, 2008

s/Ann D. Montgomery
Honorable Ann D. Montgomery
United States District Court Judge